THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. MCLAUGHLIN, Appellant.

(Argued October 17, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Supreme Court rendered January 25, 1919, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Louis Susman* and *Samuel Goldstein* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, CRANE and ANDREWS, JJ.